**Exhibit A to the Complaint**

**Location:** Dublin, OH  
**Total Works Infringed:** 82  
**IP Address:** 71.64.24.102  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 56279A4E245E7829879B8817A765F641AEE7CE40<br>File Hash:<br>DE8EB9344A930C55ADF53149C95E97A088156146B05F2306E9E5884D2C45E327 | 03-08-2023 00:41:33 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 2 | Info Hash: 0DEB96AF33448E73AD38E972446A59A8913DFEBE<br>File Hash:<br>096622FB44DCD0A2A13DF011A7F132968A966F3269A36ED55788A8592D62D9FD | 03-07-2023 17:59:48 | Vixen | 02-03-2019 | 03-24-2019 | PA0002183213 |
| 3 | Info Hash: B0BFD3E20B1D144F43A8133AD72FCD0D20B39D68<br>File Hash:<br>C6C642AF25B5FDF8FBABF51D989DEE04DCDAAAB325B123CDF63B476297A680BA | 03-06-2023 22:20:26 | Vixen | 12-10-2018 | 01-22-2019 | PA0002149491 |
| 4 | Info Hash: 4D37D76D332225E544B23989AC59C6AC607B7F40<br>File Hash:<br>FAD87EC185813CE4259F9F44D99D806F2E8F02BAEEFCA5279189ED3517D9FF2C | 03-05-2023 23:35:34 | Vixen | 02-03-2018 | 02-20-2018 | PA0002104152 |
| 5 | Info Hash: 4837E80056DF3AAD20822A90DB14CF7EAFABC8B4<br>File Hash:<br>BE45C3397263273BA6F6021B12E71635BC5A23621A0DA9A0F6333E5A1BBB19DE | 03-05-2023 23:31:38 | Vixen | 03-15-2018 | 04-17-2018 | PA0002116747 |
| 6 | Info Hash: B7714B41524D3D94C4ECBCD5B556E2A585720E8C<br>File Hash:<br>E0A68C7912B5CB63421541A6AB6E025081F2215BE9ECAAB72FD57BF14D919982 | 03-05-2023 23:26:23 | Vixen | 03-20-2018 | 04-12-2018 | PA0002091523 |
| 7 | Info Hash: 94F9C1EFBCB846947B9A63607F0E22E9E1BEE9CB<br>File Hash:<br>57CCE148D1AE8C1FB4444248F403DF5E917B2E5023B0DAC58E0786A2E22F282E | 03-05-2023 23:17:20 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 8 | Info Hash: 653E5CF9438D1E59055925ED8E65066F497CE690<br>File Hash:<br>72086407190A9E64E09ABAC714F47A893DADE3372C331D4C610695FBD8D08072 | 03-01-2023 23:34:44 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 9 | Info Hash: 7EFC831E2D6B30571BDFF9A43F69BF7C261EA7B5<br>File Hash:<br>7541E8C34E7CE9C525127B909B561AEEFB55FB5C457BD82432398A572BC2FB9C | 02-24-2023 13:30:31 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 10 | Info Hash: EA4EE8F561A9778CF9AF88D522DFA42BC8B55FFF<br>File Hash:<br>1A4D1B9795468D6A9D973A8355DBEA3F8B6409CA507D3F3382AA9BB70F30B946 | 02-24-2023 02:11:28 | Blacked Raw | 11-28-2017 | 01-04-2018 | PA0002097446 |
| 11 | Info Hash: 9900994D9F711DC57B56FAF357ABDE84F4D562AE<br>File Hash:<br>D1E3B241595C6CB921A25329247C372EDEE91F8B6C25DE52F8342D92E66ABE5C | 02-24-2023 00:02:45 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash: 87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01-16-2023 21:57:11 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 13 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash: E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 01-12-2023 22:49:49 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 14 | Info Hash: CBBD6BE22867F51210573AC921723AC8E3225FF1<br>File Hash: E8FAA3C8DC0CF07DDEDD8B6030056695634903B55AA4C302AC03952726A153A2 | 01-12-2023 22:48:24 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 15 | Info Hash: 3BDD484D8950336CB8885552339DB88355DF7EEB<br>File Hash: 42B62791B72F587887F5F4CCA2ECAF7004F4FC336D644C74075E6B5C02EB31E6 | 01-12-2023 22:46:08 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 16 | Info Hash: 04AE1F995EF6EA54AC6E7126FD02D2238FF9E95C<br>File Hash: 8D98A7DC0254DE492F6D0A4A0817E4C3623A0304254BD1B0A881F42823FB12DF | 01-12-2023 22:45:59 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 17 | Info Hash: 16E5367F5F0100A15BA0F96DEB7F128CC12F5C2C<br>File Hash: B15B67CE4B3F71EF0EAE4B8A642FF9B4600EE252EA8EBEECF061D324B46F2DCA | 12-19-2022 22:25:51 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 18 | Info Hash: AC75F6B67B4EBAE69972BD068F141E72208FCDF5<br>File Hash: A11FFDCE1A1B52EFF96752F96F141BD77FD8AF6E85C62607DD1269706957AE2F | 11-11-2022 14:22:18 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 19 | Info Hash: 5E1A3D6AF4978D54F4CA411DD5E35C28CEA65F7E<br>File Hash: 54E74E8CE0E0223D73778B4CD8130E81E18919913668488D461F71BA75FCC39F | 09-30-2022 16:40:06 | Slayed | 05-03-2022 | 06-09-2022 | PA0002361668 |
| 20 | Info Hash: B26FC12DD51771112C0FE5A31CF1B65C0C20A778<br>File Hash: 3C1A3A60EB53BB181EF24EB80CC6FF0C10C0E7D58A924506F089B6B27A57A289 | 09-19-2022 10:42:17 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 21 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash: 2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-06-2022 18:29:36 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 22 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash: 2923F3067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09-05-2022 05:48:26 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 23 | Info Hash: 953141D2ED7CFB9BB416E42EFEB9B1A8F3E83044<br>File Hash: 532D0127582FFA52F72DBAB231C85B9228DBB8C6FE263E706686C98316CDA06A | 09-03-2022 23:08:38 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8D3015847CE8A23AC4EF20C47763AC0469FC166C<br>File Hash: A69D7BC77629584BCFDED75934B18ADE6110E7A2670A68FEB40DE7EFB7FA5C6B | 09-03-2022 23:07:11 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 25 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash: 23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-07-2022 21:07:24 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 26 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash: E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-02-2022 15:06:59 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 27 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 08-01-2022 21:08:58 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 28 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash: AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 07-27-2022 00:00:16 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 29 | Info Hash: BF799CA7187B8FFD6B49959E13F1D7FD203FA1C3<br>File Hash: 5401FADA9281892C875F0E0B07AB1111F1BADF243FE2979BF86E3FFC56B1A742 | 07-16-2022 16:31:16 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 30 | Info Hash: 9B467A1CF085146D51BF102BF0209E3C8891EB07<br>File Hash: 0EBCE8440AF533208EBAA3D9402FA53083406530B3740828E0131A1EB6DAE235 | 07-10-2022 16:22:38 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 31 | Info Hash: 674B524FAFD7B1AAF922C49B78FD1C201BE620FF<br>File Hash: 32CF7DE4D0D97CA7345FD583EF8460A1DA3FEA4DC48296095F438A352DF65FD1 | 07-10-2022 15:12:13 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 32 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-20-2022 15:15:10 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 33 | Info Hash: 4833769907447359B1AE74973646943178E54A70<br>File Hash: 78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 06-19-2022 15:53:46 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 34 | Info Hash: 08F5484B186349154B46F5F383C576D740BAC702<br>File Hash: ED5283D0D8C08ECF6727181CDE9E0C299A151AB760A517D492C38239330C9D71 | 06-15-2022 01:24:01 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 35 | Info Hash: 88A73AB29C9C90A264F22EE7F59A6066844D6EAD<br>File Hash: 49E37590E3475196F276692F993CBAD1A77E336E73CD79C444A7C590F6F2F3C4 | 05-02-2022 13:26:30 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2728A567731EA73AABEEBF3BF77FB001A61033E1<br>File Hash: 1DF03F27CCC60998C06D037219E4DD5AC89C8E7046E1315BAE4A0D310E00736E | 05-01-2022 22:23:36 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 37 | Info Hash: 9854BD9F9D15E6CAB0E441F29C3A939CECB90B01<br>File Hash: 9700672433356F8B1439FE7A6121D986D18E7106E4D26190A296C4EE36932BB0 | 04-18-2022 17:10:22 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 38 | Info Hash: 9CD6B4B5CB5613DA730AE441FFB9454E59D2D4A0<br>File Hash: 1A487A829826213E6A024699F1E933D67518B55EA9B765591E1E19CE96FACC33 | 04-06-2022 01:43:26 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 39 | Info Hash: F24F4A6ADCC1BA1B03E1097501DA250BBF57B63A<br>File Hash: 519F6133E897795D3C2227625FA1B262FB3E5CDED42644E07723C44D33FBCC6A | 03-13-2022 16:00:05 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 40 | Info Hash: ED7066BDB70A52BA3E8705E2E45873A2AA13C466<br>File Hash: 1D2822D462CD07BC6AB532B4D73B5522EF33CC60A042D0EDAA911876DA1D6ABC | 03-12-2022 05:51:13 | Vixen | 10-16-2017 | 10-19-2017 | PA0002090451 |
| 41 | Info Hash: 0F6F8E7DBDD96E830883F2ABA5DCD07DBCA7CC33<br>File Hash: 6E537FB8943B3EDD1670EED5060A3089B9D70D147FD4485D0DF8B5CB360D113A | 03-12-2022 05:48:13 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 42 | Info Hash: 80D5295435C160AAE12FD8DB6776F7DCD8BBB97B<br>File Hash: 5D792D03FECCDDD176512590C38ECA48291621AD907FCBF128ED688270C526F4 | 03-09-2022 17:46:03 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 43 | Info Hash: 2086A77461DFEF73723AD2CDEB02004EE26C8A9E<br>File Hash: CE9E75C0892054B49B6AD9D588CF934BAEA2F1B0DF2AF6B0836A3CB497E65638 | 03-09-2022 17:43:02 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 44 | Info Hash: C8487E9831566D7431E5D56F089CB417B810247F<br>File Hash: C5B9AC498EA8222376874B4262FC4A44AA47DA3CFD697DC40F984FCA728B586C | 03-09-2022 17:40:54 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 45 | Info Hash: 74DC664A73116C0C0B382CDBBE642D320DFFD6D9<br>File Hash: 7F7B5F4DE6C8B348E8A4DC1AC9967A0DEE24EF761559F51F303F591CA53424B6 | 03-05-2022 18:08:25 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 46 | Info Hash: 0B5EC623C271F469F82BB8297FAE6D37BCC78E1F<br>File Hash: DD0EC7F2DCA798A079882E607E1A30F5A8CAA1C96E8F9948477FB4BF35901F03 | 02-21-2022 13:49:09 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 47 | Info Hash: 52415955D6C3B99F3A3F89BBB89E71FA8FD528AD<br>File Hash: 08C24B2CBF4AC4FB19EE75BA77EA9E37123EA38456B44B8319806394D22146D9 | 02-13-2022 17:36:21 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-10-2022 20:11:16 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 49 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 02-09-2022 15:36:33 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 50 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash: B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02-07-2022 06:24:25 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 51 | Info Hash: 8FF0024B565750DFF01587CA19A5AE11DB95D42D<br>File Hash: FE331A74264F95381F7AAB90DE103F7FA8864FE52E6062714672CFA08EA282F0 | 01-30-2022 15:18:23 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 52 | Info Hash: 9EC755E4DC558F5E4BDA99E027D6C2B5F088D102<br>File Hash: B981906384FB4F70D10B1D7E0AAAE33CB3BA8CAAECDFDBE527EE089B71CA8E80 | 01-18-2022 02:08:43 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 53 | Info Hash: 3AA94BFFB13CF7427D21CCB1F31AD36712233613<br>File Hash: 09D61883CD61AAC1F972D361FCAB2194274704F71350A537F806521C43044AC7 | 01-03-2022 22:58:55 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 54 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495<br>File Hash: D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 01-03-2022 22:57:31 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 55 | Info Hash: 21E84C79E51C7C548401A17528895573538EEB5A<br>File Hash: FC4090D0313BA9E0E44D9175D9B0BA121002C7DFA01EC8442BE5BA130CBD4DC7 | 12-20-2021 14:31:56 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 56 | Info Hash: DF720DA10491E1ED21C23B31DCD8367F24699991<br>File Hash: CBCC4C3F05D1D0BB1F303CE624FF170956641BA025A7BE9E7D2A98657C8B9AD7 | 12-20-2021 01:26:44 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 57 | Info Hash: 990CAAEE9A64DD0147CBBD732DB97F8BC7F76DDA<br>File Hash: F92094F330CE70B84166256074081B571EB31CE5C9F562079A7F9A6C76C15427 | 12-11-2021 19:55:24 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 58 | Info Hash: 7093255D01954CE1F92EB2A429C9DE2082C79DFD<br>File Hash: 20E3E1B75A30EC2E9F927352C4C5FF2A5C5571ECED263C8AE545C4F671C887C1 | 12-11-2021 18:51:30 | Slayed | 11-11-2021 | 12-03-2021 | PA0002333373 |
| 59 | Info Hash: 6F84D218B0143982E48719197563CB5D1624BEE9<br>File Hash: B765FC2D5014B01254A2940DB66C0A88EA37D75ADA99A2DA976C9970CD8BFB6C | 11-29-2021 14:40:51 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash: 4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-16-2021 23:06:12 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 61 | Info Hash: C91ABE1D9F937D2C6685B782CEB3DB5588A371F1<br>File Hash: 402974DCB5135AD3AA2827D46CF17940EA6F5FB77529875D432F9699594C46DC | 11-16-2021 17:15:49 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 62 | Info Hash: 5FA6751B97DBD973637A1ECF6998B3553D806116<br>File Hash: B78C3B4ED9386C0B2FCA226D4AC1D1E603313C4C75E53F41B21C6D1BF63EE763 | 10-17-2021 14:50:12 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 63 | Info Hash: 622D94F5D7942F4CD5A1247F2FEB25728E8B9888<br>File Hash: 0E2E88A69AAE8F8DD42E06A4474EBC59D144B35E7E2006A305EFC942D5B3DC1B | 09-26-2021 17:57:41 | Blacked | 03-31-2018 | 04-12-2018 | PA0002091516 |
| 64 | Info Hash: FC155836E93B005AD1BCDB2DA2757BDE5FECA1D1<br>File Hash: 5B69D93C82A351A444B26BA2468126F0ED33E9C3839D094B0499B31A0BDA23C8 | 09-26-2021 17:50:52 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 65 | Info Hash: 6CD80647B4C12FB7BC07E75077C2F3DBD5B6452D<br>File Hash: 9929AC09E25EDA0D1C46B57799340305CEAA94F44D98D6AB1F751F065D752BFF | 08-26-2021 20:11:36 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 66 | Info Hash: 6FB81CC4C0C7CECB8DC45456A5C85A4D6F373423<br>File Hash: 414F701157141B3655F9320B49B931C781F5CE976B3CC83063EC291ED5B584A9 | 08-26-2021 20:07:07 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 67 | Info Hash: 40176AE0826A23CEEDCB763F7E428EEB86243812<br>File Hash: D8C4AA013F70E9E89CC0EC7C7873C83581E118E7C13E2ACE70BFFB0DE40FBDF3 | 08-22-2021 14:20:28 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 68 | Info Hash: 1698C3F45784BDFB3DE7A8D9CA5526EAC970E326<br>File Hash: 3E0D65AFF79CB4E59E50526E0558E76A733A4DA603DB14CBD5D826A8E867A126 | 08-18-2021 00:04:06 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 69 | Info Hash: 9B543B02B83223AEA59815F19FE9BC87C07958D7<br>File Hash: BB71EAE8FCFF67EF623220E917FC9BDA75C3A4DE0AE01AE6B5CB7A287BAD19FE | 08-09-2021 14:46:15 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 70 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-09-2021 00:13:49 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 71 | Info Hash: F9D83793A2AA55F8CFB42F5116C14168F73CDB6E<br>File Hash: 35BC69BCAA0B7BB6A518963387DE5A99E48C1D3C34F16BA644AE0A25F696CA21 | 07-18-2021 21:30:18 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 9DC437C24A1C39ADDF1E9D9C1CB76527E9100402<br>File Hash: CD65C7799CB97E0A127916FC4B2E662BE7F04B46D6C8C1CABB97FD9060BB3010 | 07-18-2021 21:26:49 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 73 | Info Hash: FD3974E93DFDF33E8DEAA18311B9CF47E1FE34B6<br>File Hash: 37FDD0963527899A5C34CA8173DA9D4C4B3EE8FFD560F6FF40A205E0CE6F3E9D | 07-17-2021 22:21:31 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 74 | Info Hash: 9E4B1FFEECB3B3B14BDC4344CF3BC24554C91E23<br>File Hash: 0DA202B0026CABB12C784C7322ED7B4A51B6B4B96DB5482026E7D062E14E6F55 | 07-17-2021 22:20:24 | Blacked | 03-06-2018 | 04-12-2018 | PA0002091581 |
| 75 | Info Hash: 6E639EC72C8275ABEA033D9F7679166D871B0182<br>File Hash: B48B161B617F6D8447DC4D8F5378DBC1DCA9B00E0F48CBF8496AFB86D73CF790 | 07-17-2021 04:00:58 | Vixen | 11-30-2017 | 01-04-2018 | PA0002097470 |
| 76 | Info Hash: EA6F220459956CD837F61818992202FB579E460E<br>File Hash: 2B7A3F12673E218BE0CCB089A81FF87AE2CA29B32840736E5C5051B4700B533E | 07-12-2021 20:03:55 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 77 | Info Hash: 80E491C844E8D4AD778A73466859311570D7B880<br>File Hash: 08101B9CDEDE69DC9B44F7E500B8D570090A176454C422A0570A2C84677FB876 | 07-10-2021 19:22:33 | Blacked | 12-31-2017 | 01-15-2018 | PA0002099700 |
| 78 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 07-09-2021 17:56:39 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 79 | Info Hash: BD1E1B74139A3559A7D74C32C30C8C5AF26E216C<br>File Hash: C32D75398C1407BF9888D2B86FC69B9FAAEA5AD150316F9D5D4243879CB41011 | 07-02-2021 17:20:04 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 80 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8<br>File Hash: 9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 06-28-2021 22:01:22 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 81 | Info Hash: 1AAFD7CF00E64C86B99A77DD40EC18F7B21EA3BF<br>File Hash: 9AB86A2EB642217E68F2A8EB20F3B5FD7AB02B37D1FC7E9816925DB06D1A3721 | 06-23-2021 21:57:31 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 82 | Info Hash: 6B7AFBC66F26085D7C1481004EFBF08404097D58<br>File Hash: 5370C5430308806127F943DBBFF09F1EDE55FDDEE805538951E37B67640DC422 | 06-15-2021 22:35:33 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |